JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBD INVESTMENT 7, LLC., a California limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation; and DOES 1 to 50, inclusive;<br><br>Defendant. | Case No.: 2:22-cv-07181-JFW-PLAx<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**<br><br>Hon. John F. Walter<br>United States District Judge<br><br>Complaint Filed: October 3, 2022 |

Having considered Plaintiff SBD INVESTMENT 7, LLC ("Plaintiff") and Defendant KINSALE INSURANCE COMPANY'S ("Defendant") Joint Motion for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Court hereby rules as follows:

|   |   |
|---|---|
| 1 | Plaintiff's Complaint is hereby dismissed in its entirety without prejudice, |
| 2 | the parties to bear their own costs and attorneys' fees. |
| 3 | **SO ORDERED.** |

Dated: March 3, 2023

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE